UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOWN DOE PLAINTIFFS, 1-4, et al., | CASE NO. CV F 13-0965 LJO JLT |
| Plaintiffs, | **ORDER TO DISMISS INDIVIDUAL DEFENDANT** |
| vs. | (Docs. 12-14.) |
| KERN COUNTY, CALIFORNIA CLERK, MARY B. BEDARD, et al., | |
| Defendants. / | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES without prejudice this entire action and all claims against defendant Mary B. Bedard only. Such dismissal renders moot defendant Bedard's F.R.Civ.P. 12 motion to dismiss (doc. 12). As such, this Court:

1. VACATES the September 16, 2013 hearing on the motion to dismiss and will take no further action on the motion to dismiss; and

1

    2.       DIRECTS the clerk to term docs. 12-14 and not to close this action.

IT IS SO ORDERED.

   Dated: **September 6, 2013**         **/s/ Lawrence J. O'Neill**
                                                                         UNITED STATES DISTRICT JUDGE