1   KAMALA D. HARRIS, State Bar No. 146672
    Attorney General of California
2   MARC A. LEFORESTIER, State Bar No.  178188
    Supervising Deputy Attorney General
3   NANCY J. DOIG, State Bar No. 226593
    Deputy Attorney General
4     1300 I Street, Suite 125
      P.O. Box 944255
5     Sacramento, CA 94244-2550
      Telephone:  (916) 323-8230
6     Fax:  (916) 324-8835
      E-mail:  Nancy.Doig@doj.ca.gov
7   *Attorneys for*
    *Office of Secretary of State and Selvi Stanislaus,*
8   *Executive Officer of the Franchise Tax Board*

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  | | |
    |---|---|
14  **KNOWN DOE PLAINTIFFS, 1-4, and UNKNOWN DOE PLAINTIFFS, 5 through 1,000,000, individuals,** | 1:13-CV-00965-LJO-JLT
15  | | **STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE, EXTENDING THE DEADLINE FOR THE SECRETARY OF STATE AND SELVI STANISLAUS TO FILE RESPONSIVE PLEADINGS, AND ALLOWING PLAINTIFFS TO AMEND THE COMPLAINT**
16                                    Plaintiffs,
17            v.
18  **KERN COUNTY, CALIFORNIA, CLERK, MARY B. BEDARD, an individual; CALIFORNIA SECRETARY OF STATE, DEBRA BOWEN, an individual; EXECUTIVE OFFICER OF THE CALIFORNIA FRANCHISE TAX BOARD, SELVI STANISLAUS, an individual; UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE, an agency of the United States of America; ACTING COMMISSIONER OF INTERNAL REVENUE, DANIEL I. WERFEL, in his official and individual capacities; and Doe Defendants 1 through 1000, inclusive,**
19
20  Judge:        The Honorable Lawrence J. O'Neill
21  Action Filed:  June 24, 2013
22
23
24
25
26                                    Defendants.

27

28

                                    1

1    WHEREAS, UPON INFORMATION AND BELIEF:

2        A.      Known Doe Plaintiffs filed the instant action on June 24, 2013.  The instant action

3    raises questions about the way opposite sex and same sex partnerships are recognized under

4    federal and state law.

5        B.      On June 26, 2013, the United States Supreme Court issued decisions in *Hollingsworth*

6    *v. Perry*, 133 S.Ct. 2652 (2013) (finding that California's Proposition 8, which amended the

7    California Constitution to define marriage as only between a man and a woman, violated the

8    United States Constitution) and *U.S. v. Windsor*, 133 S.Ct. 2675 (2013) (finding that the federal

9    Defense of Marriage Act, which defined marriage under federal law as only between a man and a

10   woman, violated the  United States Constitution), which made significant changes to the legal

11   landscape regarding how opposite sex partnerships are recognized in both California and

12   throughout the United States.

13       C.      Plaintiffs experienced unanticipated difficulties in serving both the California

14   defendants (the California Secretary of State, Debra Bowen, and the Executive Officer of the

15   California Franchise Tax Board, Selvi Stanislaus) and United States defendants (the United States

16   of America, the Internal Revenue Service, and Acting Commissioner of Internal Revenue, Daniel

17   I. Werfel) named in this action.   In fact, the United States defendants have still not been served,

18   though Plaintiffs' counsel believes he has identified the source of the problems with service and

19   plans to effect service soon.

20       D.      Under Federal Rule of Civil Procedure, Rule 12(a) the United States defendants will

21   have more time from the date they are served in which to respond than the California defendants.

22       E.      The court has set a mandatory scheduling conference in this matter for October 8,

23   2013, with a joint statement of all the parties due on October 1, 2013.  However, due to service

24   problems mentioned above, the Secretary of State's response to the complaint currently is not due

25   until October 3, 2013 and Stanislaus's response to the complaint currently is not  due until

26   October 4, 2013.  That is, both California Defendants' responses to the complaint are not due

27   until after the deadline to file a joint statement.  Additionally, once the United States defendants

28   are served, Plaintiffs will likely amend the complaint to more accurately reflect the current state

                                                    2

1    of the law as Plaintiffs see it in light of the decisions in *Hollingsworth* and *Windsor*.  If no

2    amendment is made, the Complaint will be the subject of a motion to strike and a dispositive

3    motion for judgment on the pleadings.

4          F.      The California Defendants and Plaintiffs all believe it would be easier for all parties

5    to coordinate their schedules in this matter if the defendants were operating with the same

6    deadlines.

7          AS SUCH PLAINTIFFS AND THE STATE DEFENDANTS STIPULATE AS

8    FOLLOWS:

9          1.      Plaintiffs may amend to the complaint in this action in light of recent changes in the

10   law which transpired after the instant action was filed;

11         2.      Debra Bowen, the California Secretary of State and  Selvi Stanislaus, Executive

12   Officer of the California Franchise Tax Board  and all the United States Entities shall have until

13   the latest date a responsive pleading is due from any of the defendants to file their responsive

14   pleadings so that all parties will be on the same schedule; and

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

3.    The mandatory scheduling conference currently set for October 8, 2013 shall be continued to a date  that is after January 1, 2014, according to the convenience of the court.

Dated:  September 30, 2013

KAMALA D. HARRIS
Attorney General of California
MARC A. LEFORESTIER
Supervising Deputy Attorney General


_____/s/ Nancy J. Doig_____
NANCY J. DOIG
Deputy Attorney General
*Attorneys for*
*Office of Secretary of State and Selvi*
*Stanislaus, Executive Officer of the*
*Franchise Tax Board*

Dated:  September ___, 2013

BOBBY CLOUD LAW


_____See Attached Signature Page____
BOBBY L. CLOUD, JR. (SBN 258081)
*Attorneys for*
*Known Doe Plaintiffs*


## ORDER ON STIPULATION

Based upon the stipulation of the parties:

1.    Plaintiffs may amend the complaint in this action in light of recent changes in the law which transpired after the instant action was filed **but must do so *before*** any defendant appears in the action or they must seek leave of the Court for file an amended complaint;

2.    Debra Bowen, the California Secretary of State and  Selvi Stanislaus, Executive Officer of the California Franchise Tax Board  and all the United States defendants shall have until the latest date a responsive pleading is due from any of the defendants to file their responsive pleadings so that all defendants will be on the same schedule; and

///

///

///

4

3.      The mandatory scheduling conference currently set for December 5, 2013 shall be continued to January 8, 2014 at 9:30 a.m.

IT IS SO ORDERED.

Dated:    **October 2, 2013**                            **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE

5