UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNOWN DOE PLAINTIFFS, 1-4, et al.,<br><br>                Plaintiffs,<br><br>  vs.<br><br>KERN COUNTY, CALIFORNIA, et al.,<br><br>                Defendants. | CASE NO. CV F 13-0965 LJO JLT<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>(Doc. 24.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all remaining claims;
2. VACATES all pending matters and dates, including the January 8, 2014 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **November 19, 2013**                   **/s/ Lawrence J. O'Neill**
                                                               UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28