1
2
3
4
5                              UNITED STATES DISTRICT COURT

6                              EASTERN DISTRICT OF CALIFORNIA

7

8    KNOWN DOE PLAINTIFFS, 1-4,            CASE NO. CV F 13-0965 LJO JLT
     et al.,
9
                    Plaintiffs,            **ORDER TO DISMISS AND CLOSE**
10                                         **ACTION**
                                           (Doc. 24.)
11          vs.
12
13
     KERN COUNTY, CALIFORNIA, et al.,
14
                    Defendants.
15   _____/
16          Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this
17   Court:
18          1.     DISMISSES without prejudice this entire action and all remaining claims;
19          2.     VACATES all pending matters and dates, including the January 8, 2014
20   scheduling conference; and
21          3.     DIRECTS the clerk to close this action.
22
23   IT IS SO ORDERED.
24
25       Dated:   __**November 19, 2013**__          ___**/s/ Lawrence J. O'Neill**___
                                                     UNITED STATES DISTRICT JUDGE
26
27
28
                                                1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28